JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Song Ja Song, | ) | SACV 19-00003-JVS(JDEx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL FOR |
| v. | ) ) | LACK OF PROSECUTION |
| HBCHOIC, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on March 21, 2019, and no response to the Order to Show Cause having been filed, and no proof of service having been filed in this action as to any of the defendant,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: April 17, 2019

_____
James V. Selna
United States District Judge